**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

ERNESTO HERRING, JR.,

      Plaintiff,

    v.

AGLOGIC CHEMICAL, LLC, GUY REID,
and ERIC VANDEUSEN,

      Defendants.

CIVIL ACTION NO.: 2:25-cv-135

## O R D E R

Plaintiff filed the Complaint and a Motion to Proceed *in Forma Pauperis*.  Docs. 1, 2.  The Court has conducted frivolity screening based on 28 U.S.C. § 1915(e) and determines Plaintiff's Title VII claims against Defendant Aglogic Chemical, LLC and Plaintiff's 42 U.S.C. § 1981 claims against all Defendants survive frivolity review.  The Court **GRANTS** Plaintiff's Motion to Proceed *in Forma Pauperis*.  Doc. 2.

Because the Court has granted Plaintiff leave to proceed in this case *in forma pauperis* under 28 U.S.C. § 1915, service must be effected by the United States Marshal.  Fed. R. Civ. P. 4(c)(3).  A copy of Plaintiff's Complaint and a copy of this Order shall be served upon Defendants Aglogic Chemical, Reid and Vandeusen by the United States Marshal without prepayment of cost.  In most cases, the marshal will first mail a copy of the complaint to a defendant by first-class mail and request the defendant waive formal service of summons.  Fed. R. Civ. P. 4(d); Local R. 4.5.  A defendant has a duty to avoid unnecessary costs of serving the summons, and any defendant who fails to comply with the request for waiver must bear the costs of personal service, unless good cause can be shown for the failure to return the waiver.  Fed. R.

Civ. P. 4(d).  Generally, a defendant who timely returns the waiver is not required to answer the complaint until 60 days after the date the marshal sent the request for waiver.  Fed. R. Civ. P. 4(d)(3).

While this action is pending, Plaintiff **shall** immediately inform this Court of any change of address.  Failure to do so will result in dismissal of this case, without prejudice.

SO ORDERED, this 13th day of March, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2