# In the United States District Court for the Southern District of Georgia Brunswick Division

ERNESTO HERRING, JR.,

       Plaintiff,

  v.

AGLOGIC CHEMICAL, LLC, GUY REID, and ERIC VANDEUSEN,

       Defendants.

2:25-cv-135

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Plaintiff's Title VII claims against Defendants Reid and VanDeusen and all of Plaintiff's state law claims. Dkt. No. 8. Plaintiff did not file Objections to the Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS** Plaintiff's Title VII claims against Defendants Reid and VanDeusen and all of Plaintiff's state law claims. Plaintiff's Title VII claims against Defendant Aglogic

Chemical and Plaintiff's 42 U.S.C. § 1981 claims against all Defendants remain pending.  Dkt. No. 9.

**SO ORDERED**, this ___6___ day of April, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2